# United States District Court
# District of Massachusetts

DENNIS P. HARRIS, ETC.,
        Plaintiffs,

V.                            CIVIL ACTION NO. 2002-10123-RBC

CITY OF BOSTON,
        Defendant.

## *JUDGMENT*

COLLINGS, U.S.M.J.

The case came on before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. All disputed issues respecting liability and damages having been resolved,

    IT IS ORDERED AND ADJUDGED:

Judgment for the plaintiffs in the amount of three hundred fifty-one thousand, nine hundred eighty-three dollars and fifty-six cents ($351,983.56) representing damages for unpaid overtime compensation pursuant to 29 U.S.C. § 216(b). The amount of each individual plaintiff's damages is set forth in the attached as Exhibit A hereto and is incorporated herein by reference, said amount being that set forth next to each plaintiff's name under the category "FPS".

Judgment for the plaintiffs in the additional amount of three hundred fifty-one thousand, nine hundred eighty-three dollars and fifty-six cents ($351,983.56) representing liquidated damages pursuant to 29 U.S.C. § 216(b). The amount of each individual plaintiff's liquidated damages is set forth in the aforementioned Exhibit A hereto, said amount being that set forth next to each plaintiff's name under the category "DMG".

Judgment for the defendant dismissing the claims asserted in paragraphs 14 and 18 of the Complaint (#1) concerning the issue of the so-called "day shift" lunch hour period.

The plaintiffs are awarded a reasonable attorneys' fee pursuant to 29 U.S.C. § 216(b). Absent an agreement, the time within which a claim for attorneys' fees must be filed pursuant to Rule 54(d)(2)(B), Fed. R. Civ. P., is *the close of business on Monday, December 6, 2004.*

The plaintiffs shall recover their costs.

WILLIAM R. RUANE  
Acting Clerk of Court

By: /s/ Kathleen Dolan  
Kathleen Dolan  
Deputy Clerk

Dated at Boston, Massachusetts  
this 4th day of November, 2004.

*EXHIBIT A*

| Lawsuit File | UnionCd | EmplID | Empl Rcd. | Name | FPS | DMG |
|---|---|---|---|---|---|---|
| Detectives | PDS | 001083 | 0 | Hogan,Thomas | 1652.64 | 1652.64 |
| Detectives | PDB | 001144 | 0 | Walsh,Paul E | 391.54 | 391.54 |
| Detectives | PDS | 001223 | 0 | Robertson,William J | 595.20 | 595.20 |
| Detectives | PDS | 001245 | 0 | Feudo,Anthony V | 1441.55 | 1441.55 |
| Detectives | PDB | 001265 | 0 | McClain,Robert E | 37.75 | 37.75 |
| Detectives | PDB | 001287 | 0 | Devoe,Richard P | 756.72 | 756.72 |
| Detectives | PDB | 001291 | 0 | Ohara,James M | 0.70 | 0.70 |
| Detectives | PDB | 001387 | 0 | Hurley,Eugene J | 76.62 | 76.62 |
| Detectives | PDS | 001408 | 0 | Vanderwood,Eileen T | 510.07 | 510.07 |
| Detectives | PDB | 001451 | 0 | Doyle,James M | 710.28 | 710.28 |
| Detectives | PDS | 001481 | 0 | Albano,Robert J | 2324.19 | 2324.19 |
| Detectives | PDS | 006035 | 0 | Pugsley,Richard W | 0.00 | 0.00 |
| Detectives | PDB | 006060 | 0 | Gillis,William W | 166.84 | 166.84 |
| Detectives | PDS | 006062 | 0 | Murphy,Stephen A | 352.42 | 352.42 |
| Detectives | PDB | 006110 | 0 | Jones,Bradford H | 11.41 | 11.41 |
| Detectives | PDS | 006145 | 0 | Simmons,Edward D | 3802.63 | 3802.63 |
| Detectives | PDS | 006165 | 0 | Walsh,David I | 1615.96 | 1615.96 |
| Detectives | PDS | 006170 | 0 | Creavin,Thomas F | 0.00 | 0.00 |
| Detectives | PDB | 006171 | 0 | Carroll,John J | 53.87 | 53.87 |
| Detectives | PDS | 006204 | 0 | Flynn,Brendan | 0.00 | 0.00 |
| Detectives | PDB | 006217 | 0 | Martin,Joseph | 0.00 | 0.00 |
| Detectives | PDS | 006241 | 1 | Deltufo,Harry J | 1185.15 | 1185.15 |
| Detectives | PDS | 006257 | 0 | Lydstone,John E | 947.56 | 947.56 |
| Detectives | PDB | 006259 | 0 | Ingersoll,William J | 2779.54 | 2779.54 |
| Detectives | PDB | 006278 | 0 | Gleason,Thomas J | 41.74 | 41.74 |
| Detectives | PDB | 006286 | 0 | Mugnano,Joseph | 654.51 | 654.51 |
| Detectives | PDS | 006290 | 0 | Duggan,Walter M | 1732.52 | 1732.52 |
| Detectives | PDS | 006291 | 0 | Flaherty,Maurice C | 1952.05 | 1952.05 |
| Detectives | PDB | 006296 | 0 | Montgomery,Tommy L | 0.00 | 0.00 |
| Detectives | PDS | 006306 | 0 | Spellman,Herbert L | 1926.99 | 1926.99 |
| Detectives | PDB | 006320 | 0 | Ahearn,Robert F | 0.00 | 0.00 |
| Detectives | PDB | 006328 | 0 | DeGregorio,George F | 797.87 | 797.87 |
| Detectives | PDS | 006332 | 0 | Downey,Daniel | 2847.41 | 2847.41 |
| Detectives | PDB | 006333 | 0 | Fleming,Charles J | 1307.24 | 1307.24 |
| Detectives | PDB | 006351 | 0 | Doyle,Edward F | 0.00 | 0.00 |
| Detectives | PDB | 006353 | 0 | Brady,Stephen A | 205.87 | 205.87 |
| Detectives | PDB | 006370 | 0 | Langston,Jerry H | 133.95 | 133.95 |
| Detectives | PDB | 006386 | 0 | Vanderwood,Gerald L | 0.00 | 0.00 |
| Detectives | PDS | 006394 | 0 | Williams,Valimore | 2031.04 | 2031.04 |
| Detectives | PDS | 006412 | 0 | Corboy,Paul J | 1693.30 | 1693.30 |
| Detectives | PDB | 006420 | 0 | Sirignano,Joseph G | 117.88 | 117.88 |
| Detectives | PDB | 006422 | 0 | Geary,Joseph C | 0.00 | 0.00 |
| Detectives | PDS | 006430 | 0 | Mullane,William H | 536.13 | 536.13 |
| Detectives | PDS | 006431 | 0 | Sullivan,Robert T | 775.81 | 775.81 |
| Detectives | PDB | 006432 | 0 | Shea,John J | 109.13 | 109.13 |
| Detectives | PDS | 006451 | 0 | Sheridan,George L | 0.00 | 0.00 |
| Detectives | PDB | 006489 | 0 | Poggi,Joseph Alexande | 646.38 | 646.38 |
| Detectives | PDB | 006497 | 0 | Pierce,John | 276.15 | 276.15 |
| Detectives | PDB | 006506 | 0 | Jackman,Raymond T | 0.00 | 0.00 |
| Detectives | PDB | 006518 | 0 | Berg,Edward J | 0.00 | 0.00 |
| Detectives | PDB | 006534 | 0 | Honen,John F | 543.69 | 543.69 |

| | | | | | |
|---|---|---|---|---|---|
| Detectives | PDS | 006535 | 0 Mahoney,William D | 3418.12 | 3418.12 |
| Detectives | PDB | 006536 | 0 Carter,William | 1323.91 | 1323.91 |
| Detectives | PDS | 006546 | 0 Miller,Thomas H | 1966.40 | 1966.40 |
| Detectives | PDB | 006550 | 0 McDonough,Patrick J | 168.24 | 168.24 |
| Detectives | PDB | 006560 | 0 Greene,John J | 110.92 | 110.92 |
| Detectives | PDS | 006564 | 0 Ahearn,Melbert J | 0.00 | 0.00 |
| Detectives | PDB | 006565 | 0 Arnstein,John H | 1569.88 | 1569.88 |
| Detectives | PDS | 006572 | 0 Boyle,John P | 4521.04 | 4521.04 |
| Detectives | PDB | 006600 | 0 Demille,William J | 16.89 | 16.89 |
| Detectives | PDS | 006615 | 0 Famolare,Richard Char | 31.84 | 31.84 |
| Detectives | PDS | 006617 | 0 Fedorchuk,John F | 2046.03 | 2046.03 |
| Detectives | PDS | 006620 | 0 Fiandaca,Joseph F | 786.67 | 786.67 |
| Detectives | PDB | 006635 | 0 Grafton,Richard F | 387.50 | 387.50 |
| Detectives | PDB | 006636 | 0 Graves,Bernard A | 804.74 | 804.74 |
| Detectives | PDS | 006650 | 0 Kelly,George | 699.80 | 699.80 |
| Detectives | PDS | 006652 | 0 Lamb,Kenneth | 0.00 | 0.00 |
| Detectives | PDS | 006659 | 0 Maffeo,Robert V | 1660.45 | 1660.45 |
| Detectives | PDB | 006662 | 0 Martin,Paul E | 848.13 | 848.13 |
| Detectives | PDB | 006664 | 0 McCarthy,John H | 1551.56 | 1551.56 |
| Detectives | PDB | 006665 | 0 McCarthy,Richard E | 1515.11 | 1515.11 |
| Detectives | PDS | 006670 | 0 McNelley,Edward J | 3761.30 | 3761.30 |
| Detectives | PDB | 006675 | 0 Modica,Mario | 390.12 | 390.12 |
| Detectives | PDB | 006681 | 0 Oconnell,Arthur | 1267.10 | 1267.10 |
| Detectives | PDB | 006688 | 0 Pacino Jr,Lawrence F | 51.26 | 51.26 |
| Detectives | PDB | 006690 | 0 Parlon,John L | 0.00 | 0.00 |
| Detectives | PDB | 006693 | 0 Pishkin,Joseph F | 142.77 | 142.77 |
| Detectives | PDB | 006697 | 0 Quinlan,John J | 35.39 | 35.39 |
| Detectives | PDS | 006705 | 0 Ross,Richard F | 1802.56 | 1802.56 |
| Detectives | PDB | 006720 | 0 Szalno,Edward W | 0.00 | 0.00 |
| Detectives | PDS | 006724 | 0 Walsh,John G | 3511.23 | 3511.23 |
| Detectives | PDB | 006725 | 0 Walsh,Richard W | 31.63 | 31.63 |
| Detectives | PDB | 006727 | 0 Wells,Joseph F | 29.30 | 29.30 |
| Detectives | PDS | 006733 | 0 Aldrich,David | 1926.63 | 1926.63 |
| Detectives | PDB | 006737 | 0 Carr,James P | 1178.12 | 1178.12 |
| Detectives | PDB | 006761 | 0 Hartford,William G. | 235.58 | 235.58 |
| Detectives | PDB | 006766 | 0 Kelly,Edward J | 610.17 | 610.17 |
| Detectives | PDB | 006769 | 0 Lawless,Mark D | 74.34 | 74.34 |
| Detectives | PDS | 006772 | 0 Manfra,Jeremiah J | 1300.95 | 1300.95 |
| Detectives | PDS | 006799 | 0 Levitan,Patricia G. | 0.00 | 0.00 |
| Detectives | PDS | 006803 | 0 Crowley,Mary L | 23.91 | 23.91 |
| Detectives | PDB | 006811 | 0 Salley,Barbara A | 1862.45 | 1862.45 |
| Detectives | PDB | 006822 | 0 Cesar,Joaquim A | 99.72 | 99.72 |
| Detectives | PDS | 006828 | 0 Galvin,Michael L | 2162.50 | 2162.50 |
| Detectives | PDS | 006831 | 0 Gross,Aaron | 508.09 | 508.09 |
| Detectives | PDB | 006837 | 0 Nee,Martin J | 28.19 | 28.19 |
| Detectives | PDS | 006838 | 0 Nugent,James | 63.84 | 63.84 |
| Detectives | PDB | 006843 | 0 Traylor,Thomas L | 0.00 | 0.00 |
| Detectives | PDS | 006845 | 0 Driscoll,Joseph P | 1406.77 | 1406.77 |
| Detectives | PDB | 006848 | 0 Kelleher,John | 48.44 | 48.44 |
| Detectives | PDS | 006855 | 0 Crossen,Paul J | 634.01 | 634.01 |
| Detectives | PDS | 006858 | 0 Flynn,Brian E | 830.46 | 830.46 |
| Detectives | PDS | 006869 | 0 McCarthy,Wm P | 1148.65 | 1148.65 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Detectives | PDB | 006885 | 0 | Atwood,Richard F | 619.26 | 619.26 |
| Detectives | PDS | 006894 | 0 | Devaney,John C | 3313.98 | 3313.98 |
| Detectives | PDS | 006898 | 0 | Durden,Grady | 2946.77 | 2946.77 |
| Detectives | PDB | 006900 | 0 | Foley,George P | 319.89 | 319.89 |
| Detectives | PDS | 006902 | 0 | Fong,James M | 1226.71 | 1226.71 |
| Detectives | PDB | 006907 | 0 | McCowan,Mildred V | 0.00 | 0.00 |
| Detectives | PDB | 006915 | 0 | Martel,John A | 711.18 | 711.18 |
| Detectives | PDB | 006916 | 0 | Howard,Laura D | 915.69 | 915.69 |
| Detectives | PDB | 006918 | 0 | Morrissey,Thomas M | 2924.37 | 2924.37 |
| Detectives | PDB | 006921 | 0 | Rice,O Marie | 0.00 | 0.00 |
| Detectives | PDB | 006925 | 0 | Scott,John | 168.48 | 168.48 |
| Detectives | PDS | 006933 | 0 | Wade,Eugene V | 106.29 | 106.29 |
| Detectives | PDS | 007044 | 0 | Buckley,Kevin J | 2973.35 | 2973.35 |
| Detectives | PDS | 007061 | 0 | Aquino-Gaines,Gladys | 510.96 | 510.96 |
| Detectives | PDS | 007313 | 0 | Atterberry,Jeanette | 210.61 | 210.61 |
| Detectives | PDS | 007326 | 0 | Donovan,John J Jr | 1550.99 | 1550.99 |
| Detectives | PDB | 007330 | 0 | Farrell,James J | 29.00 | 29.00 |
| Detectives | PDS | 007341 | 0 | Keefe,Rachel L | 146.52 | 146.52 |
| Detectives | PDS | 007343 | 0 | Hechavarria,Roy | 2364.47 | 2364.47 |
| Detectives | PDB | 007345 | 0 | Lee,Theodore C | 81.07 | 81.07 |
| Detectives | PDB | 007353 | 0 | Moy,James | 150.00 | 150.00 |
| Detectives | PDS | 007358 | 0 | Perez,Marisela | 467.03 | 467.03 |
| Detectives | PDB | 007361 | 0 | Rogers,John K | 304.76 | 304.76 |
| Detectives | PDB | 007366 | 0 | Tully,Robert M | 1580.84 | 1580.84 |
| Detectives | PDS | 007420 | 0 | Averill,Kevin G | 3396.88 | 3396.88 |
| Detectives | PDS | 007424 | 0 | Barnicle,Paul T | 2303.30 | 2303.30 |
| Detectives | PDB | 007432 | 0 | Chin,Richard M | 1122.57 | 1122.57 |
| Detectives | PDB | 007434 | 0 | Coleman,Mark V | 1181.23 | 1181.23 |
| Detectives | PDB | 007438 | 0 | Dickinson,William R | 158.87 | 158.87 |
| Detectives | PDS | 007443 | 0 | Halstead,Randall J | 881.72 | 881.72 |
| Detectives | PDB | 007444 | 0 | Hennessey,Daniel F | 205.83 | 205.83 |
| Detectives | PDB | 007448 | 0 | Hussey,William F | 472.18 | 472.18 |
| Detectives | PDS | 007456 | 0 | Handy,Susan F | 1482.43 | 1482.43 |
| Detectives | PDS | 007459 | 0 | Morris,Robert P | 327.85 | 327.85 |
| Detectives | PDS | 007460 | 0 | Eagar,Patricia | 0.00 | 0.00 |
| Detectives | PDS | 007464 | 0 | Orr,Robert L | 1023.95 | 1023.95 |
| Detectives | PDB | 007470 | 0 | Riva,Mary Ann | 908.71 | 908.71 |
| Detectives | PDB | 007474 | 0 | Thomas,Miller | 598.79 | 598.79 |
| Detectives | PDB | 007477 | 0 | Tracy,William E | 523.90 | 523.90 |
| Detectives | PDB | 007478 | 0 | Waggett,Fred M | 2180.60 | 2180.60 |
| Detectives | PDB | 007479 | 0 | Walsh,Edward J | 0.00 | 0.00 |
| Detectives | PDB | 007789 | 0 | Mulvana,Jane M. | 195.98 | 195.98 |
| Detectives | PDB | 007903 | 0 | Dominguez,Eduardo | 3360.52 | 3360.52 |
| Detectives | PDS | 007906 | 0 | Harris,Joseph E | 1525.82 | 1525.82 |
| Detectives | PDS | 007907 | 0 | Henshaw,Lorraine V | 2734.00 | 2734.00 |
| Detectives | PDS | 007908 | 0 | Holloway,Bruce A | 0.00 | 0.00 |
| Detectives | PDB | 007989 | 0 | Avery,Terrace L | 955.49 | 955.49 |
| Detectives | PDB | 007990 | 0 | Baird,Robert W | 119.95 | 119.95 |
| Detectives | PDB | 007994 | 0 | Caines,Richard B | 112.10 | 112.10 |
| Detectives | PDS | 007998 | 0 | Clancy,Richard F | 1227.64 | 1227.64 |
| Detectives | PDB | 008016 | 0 | Lynch,Timothy E | 1240.46 | 1240.46 |
| Detectives | PDB | 008020 | 0 | Murphy,Joseph A | 603.17 | 603.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Detectives | PDB | 008021 | 0 | Novo,Miguel A | 1219.00 | 1219.00 |
| Detectives | PDB | 008023 | 0 | Precia,Carmel E | 0.00 | 0.00 |
| Detectives | PDB | 008027 | 0 | Tabb,Robert L | 0.00 | 0.00 |
| Detectives | PDB | 008033 | 0 | James,Suzanne E | 0.00 | 0.00 |
| Detectives | PDB | 008181 | 0 | Kennedy,Joseph M | 358.38 | 358.38 |
| Detectives | PDS | 008182 | 0 | Walsh,Maria T | 0.00 | 0.00 |
| Detectives | PDS | 008191 | 0 | Torigian,Arthur G | 2861.73 | 2861.73 |
| Detectives | PDB | 008204 | 0 | Britt,Joseph C | 1037.00 | 1037.00 |
| Detectives | PDB | 008209 | 0 | Dambreville,Yves | 0.00 | 0.00 |
| Detectives | PDB | 008216 | 0 | Irby,Gus | 347.51 | 347.51 |
| Detectives | PDB | 008219 | 0 | Johnson,Charles M | 31.07 | 31.07 |
| Detectives | PDS | 008220 | 0 | Keeler,Daniel M | 5219.70 | 5219.70 |
| Detectives | PDB | 008222 | 0 | Lally,Joseph P | 864.09 | 864.09 |
| Detectives | PDB | 008225 | 0 | Moreno,Christopher A | 0.00 | 0.00 |
| Detectives | PDB | 008234 | 0 | Sparks,Michael K | 568.53 | 568.53 |
| Detectives | PDB | 008236 | 0 | Thornton,Ellis E | 0.00 | 0.00 |
| Detectives | PDS | 008237 | 0 | Tinker,Robert E | 1113.76 | 1113.76 |
| Detectives | PDS | 008256 | 0 | Armstrong,Francis W | 3251.91 | 3251.91 |
| Detectives | PDB | 008262 | 0 | Gambon,Andrew J | 1389.72 | 1389.72 |
| Detectives | PDS | 008264 | 0 | Lee,Thomas F | 444.39 | 444.39 |
| Detectives | PDS | 008266 | 0 | Miller,Francis T | 477.56 | 477.56 |
| Detectives | PDB | 008271 | 0 | Whalen,Richard L | 2868.98 | 2868.98 |
| Detectives | PDB | 008291 | 0 | Bowes,Robert J | 0.00 | 0.00 |
| Detectives | PDB | 008292 | 0 | Braxton,Eric R | 453.53 | 453.53 |
| Detectives | PDB | 008295 | 0 | Cato,Paul C | 29.31 | 29.31 |
| Detectives | PDB | 008306 | 0 | Grant,Russell J | 570.94 | 570.94 |
| Detectives | PDB | 008308 | 0 | Hamm,John A | 155.47 | 155.47 |
| Detectives | PDS | 008322 | 0 | Oshea,James P | 615.68 | 615.68 |
| Detectives | PDB | 008326 | 0 | Flaquer,Carmen N | 0.00 | 0.00 |
| Detectives | PDB | 008334 | 0 | Rodriguez,Marta Elena | 560.31 | 560.31 |
| Detectives | PDB | 008346 | 0 | Hartgrove,Todd M | 32.57 | 32.57 |
| Detectives | PDB | 008352 | 0 | Turner,Keith A | 38.21 | 38.21 |
| Detectives | PDS | 008356 | 0 | Meade,Stephen M | 2029.18 | 2029.18 |
| Detectives | PDS | 008357 | 0 | Gosselin,Donald S | 784.66 | 784.66 |
| Detectives | PDB | 008361 | 0 | McGill,Kevin J | 2978.24 | 2978.24 |
| Detectives | PDS | 008365 | 0 | Parolin,Maureen E. | 0.00 | 0.00 |
| Detectives | PDB | 008452 | 0 | Baker,William F | 1444.53 | 1444.53 |
| Detectives | PDB | 008455 | 0 | Brown,Robert C | 652.73 | 652.73 |
| Detectives | PDB | 008462 | 0 | Dunn,William P | 210.11 | 210.11 |
| Detectives | PDB | 008464 | 0 | Flynn,Robert C | 1016.90 | 1016.90 |
| Detectives | PDB | 008468 | 0 | Joyce,John M Michael | 304.16 | 304.16 |
| Detectives | PDB | 008471 | 0 | McHale,Gerard P | 0.00 | 0.00 |
| Detectives | PDS | 008476 | 0 | Mullen,Kevin J | 796.18 | 796.18 |
| Detectives | PDB | 008478 | 0 | Oneill,Daniel J | 372.05 | 372.05 |
| Detectives | PDB | 008484 | 0 | Scaringello,Joseph G | 368.74 | 368.74 |
| Detectives | PDS | 008488 | 0 | Wightman,Donald E | 935.28 | 935.28 |
| Detectives | PDS | 008489 | 0 | Wyse,James J | 3832.03 | 3832.03 |
| Detectives | PDS | 008490 | 0 | Zinck,Joseph J | 1834.01 | 1834.01 |
| Detectives | PDS | 008614 | 0 | Nee,Kelly A | 431.48 | 431.48 |
| Detectives | PDB | 008617 | 0 | Sheesley,Monica L. | 126.78 | 126.78 |
| Detectives | PDB | 008638 | 0 | Ronan,Leo J. | 334.47 | 334.47 |
| Detectives | PDS | 008639 | 0 | Waggett,Kevin E. | 2575.41 | 2575.41 |

| Unit | Dept | ID | | Name | Amount | Total |
|---|---|---|---|---|---:|---:|
| Detectives | PDS | 008642 | 0 | Russell,Paul J. | 1254.41 | 1254.41 |
| Detectives | PDB | 008653 | 0 | Pomodoro,Frank A. | 108.62 | 108.62 |
| Detectives | PDS | 008656 | 0 | Gaddy,Kim L. | 1638.64 | 1638.64 |
| Detectives | PDS | 008662 | 0 | Finn,Kevin P. | 877.26 | 877.26 |
| Detectives | PDB | 008664 | 0 | Murphy,Margaret A. | 51.01 | 51.01 |
| Detectives | PDB | 008676 | 0 | Harper,Michael P | 0.00 | 0.00 |
| Detectives | PDB | 008677 | 0 | Maloof,John G | 1738.09 | 1738.09 |
| Detectives | PDS | 008689 | 0 | Murphy,Paul W | 1321.73 | 1321.73 |
| Detectives | PDB | 008697 | 0 | MacCallum,Jeffrey S | 368.49 | 368.49 |
| Detectives | PDB | 008707 | 0 | Ayala Leong,Norma I | 25.07 | 25.07 |
| Detectives | PDB | 008713 | 0 | Dorch,Kenneth C | 1002.70 | 1002.70 |
| Detectives | PDS | 008714 | 0 | Downs,Steven G | 800.80 | 800.80 |
| Detectives | PDB | 008715 | 0 | Bryan,Evelyn L | 207.23 | 207.23 |
| Detectives | PDS | 008718 | 0 | Handrahan,Mark R | 432.74 | 432.74 |
| Detectives | PDB | 008719 | 0 | Henshaw,Richard E | 154.34 | 154.34 |
| Detectives | PDS | 008720 | 0 | Hill,Norman J | 1543.63 | 1543.63 |
| Detectives | PDB | 008726 | 0 | Kee,William L | 49.50 | 49.50 |
| Detectives | PDS | 008740 | 0 | Vickers,Mark W | 1752.82 | 1752.82 |
| Detectives | PDB | 008742 | 0 | Wyzard,Lloyd H | 158.88 | 158.88 |
| Detectives | PDB | 008776 | 0 | Schroeder,Paul G. | 859.87 | 859.87 |
| Detectives | PDB | 008784 | 0 | Lembo,Thomas E | 1655.60 | 1655.60 |
| Detectives | PDB | 008821 | 0 | Blair,Steven F | 1017.78 | 1017.78 |
| Detectives | PDS | 008834 | 0 | Cox,Edward E | 1906.67 | 1906.67 |
| Detectives | PDS | 008837 | 0 | Daley,John J | 549.17 | 549.17 |
| Detectives | PDS | 008838 | 0 | Daley,Richard G. | 1754.52 | 1754.52 |
| Detectives | PDB | 008839 | 0 | Derby,John M. | 115.22 | 115.22 |
| Detectives | PDS | 008849 | 0 | French,Gary S | 1477.14 | 1477.14 |
| Detectives | PDS | 008857 | 0 | Harrington,Robert P | 2417.55 | 2417.55 |
| Detectives | PDB | 008858 | 0 | Harris,Dennis P | 3256.90 | 3256.90 |
| Detectives | PDB | 008868 | 0 | Lee,Waiman | 2128.97 | 2128.97 |
| Detectives | PDB | 008869 | 0 | Leong,Benjamin F. | 129.02 | 129.02 |
| Detectives | PDB | 008872 | 0 | Magee,Joseph F. | 0.00 | 0.00 |
| Detectives | PDB | 008874 | 0 | McInness,Mary A | 1166.66 | 1166.66 |
| Detectives | PDB | 008875 | 0 | Moy,Homer | 1404.32 | 1404.32 |
| Detectives | PDS | 008894 | 0 | Spillane,Matthew J | 1310.26 | 1310.26 |
| Detectives | PDB | 008897 | 0 | Sweeney,Kevin W | 1223.59 | 1223.59 |
| Detectives | PDB | 008902 | 0 | Wong,Sharon | 0.00 | 0.00 |
| Detectives | PDS | 008943 | 0 | Coleman,Daniel J | 1925.23 | 1925.23 |
| Detectives | PDB | 008944 | 0 | Cooper,D. Mark | 538.72 | 538.72 |
| Detectives | PDS | 008949 | 0 | Donovan,Paul R | 1647.35 | 1647.35 |
| Detectives | PDB | 008952 | 0 | Fleming,Mark J | 836.80 | 836.80 |
| Detectives | PDB | 008953 | 0 | Fratalia,Robert A | 703.16 | 703.16 |
| Detectives | PDB | 008968 | 0 | Gavin,Donna M. | 1224.97 | 1224.97 |
| Detectives | PDB | 008971 | 0 | Perkins,Earl O | 922.10 | 922.10 |
| Detectives | PDB | 008977 | 0 | Trodella,Joseph C | 520.61 | 520.61 |
| Detectives | PDB | 008989 | 0 | Holmes,Lisa R. | 148.41 | 148.41 |
| Detectives | PDB | 009011 | 0 | Ellison,Larry E. | 39.69 | 39.69 |
| Detectives | PDS | 009012 | 0 | Fitzpatrick,James J. | 2609.89 | 2609.89 |
| Detectives | PDB | 009014 | 0 | Freeman,James J. | 941.63 | 941.63 |
| Detectives | PDS | 009015 | 0 | Gallagher,Gregory D | 499.86 | 499.86 |
| Detectives | PDB | 009027 | 0 | Joyce,John B. | 413.91 | 413.91 |
| Detectives | PDB | 009031 | 0 | McManus,Stephen C. | 838.21 | 838.21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Detectives | PDB | 009033 | 0 | O'Brien,Stephen T | 2077.64 | 2077.64 |
| Detectives | PDS | 009034 | 0 | O'Malley,John R | 623.73 | 623.73 |
| Detectives | PDB | 009037 | 0 | Tierney,Matthew M. | 460.00 | 460.00 |
| Detectives | PDB | 009038 | 0 | Walker,Richard A. | 472.23 | 472.23 |
| Detectives | PDB | 009276 | 0 | Connolly,Thomas F. | 1849.42 | 1849.42 |
| Detectives | PDB | 009292 | 0 | Josey,Windell C. | 1511.03 | 1511.03 |
| Detectives | PDB | 009295 | 0 | McMillan,Raiford D. | 0.00 | 0.00 |
| Detectives | PDB | 009301 | 0 | Sanfilippo,Gerlando | 348.29 | 348.29 |
| Detectives | PDS | 009303 | 0 | Strother,Karl T | 962.14 | 962.14 |
| Detectives | PDS | 009304 | 0 | Thomas,Isaac L | 180.80 | 180.80 |
| Detectives | PDB | 009342 | 0 | Brooks,Martin J. | 490.82 | 490.82 |
| Detectives | PDB | 009355 | 0 | Garcia,Breydamar | 468.08 | 468.08 |
| Detectives | PDS | 009359 | 0 | Grice,Elton M. | 820.39 | 820.39 |
| Detectives | PDS | 009361 | 0 | Hayes,Mark P. | 208.60 | 208.60 |
| Detectives | PDB | 009363 | 0 | Izzard-Stinson,Bernade | 0.00 | 0.00 |
| Detectives | PDS | 009373 | 0 | McDonough,John M. | 522.42 | 522.42 |
| Detectives | PDS | 009378 | 0 | O'Leary,Thomas J. | 2789.19 | 2789.19 |
| Detectives | PDB | 009383 | 0 | Rock,Wayne R. | 1113.17 | 1113.17 |
| Detectives | PDB | 009384 | 0 | Smith,Tony | 0.00 | 0.00 |
| Detectives | PDS | 009389 | 0 | White,Harold | 105.27 | 105.27 |
| Detectives | PDB | 009404 | 0 | Payne-Callender,G.Rer | 2548.00 | 2548.00 |
| Detectives | PDB | 009564 | 0 | Coffey,Paul J | 853.71 | 853.71 |
| Detectives | PDB | 009566 | 0 | Dahlbeck,Joseph W | 1372.50 | 1372.50 |
| Detectives | PDB | 009568 | 0 | Difazio,Vincent J | 1443.08 | 1443.08 |
| Detectives | PDB | 009571 | 0 | Doogan,William E | 1319.96 | 1319.96 |
| Detectives | PDB | 009572 | 0 | Doris,Kathleen P | 1528.31 | 1528.31 |
| Detectives | PDB | 009593 | 0 | Morris,Peter B | 365.21 | 365.21 |
| Detectives | PDB | 009600 | 0 | Pieroway,Robert J | 1540.92 | 1540.92 |
| Detectives | PDB | 009609 | 0 | Rogers,Robert M. | 0.00 | 0.00 |
| Detectives | PDB | 009705 | 0 | Blocker,Aaron T | 1019.40 | 1019.40 |
| Detectives | PDB | 009706 | 0 | Bowen,Jerome F | 1100.65 | 1100.65 |
| Detectives | PDB | 009712 | 0 | Camper,Tyrone A | 0.00 | 0.00 |
| Detectives | PDB | 009714 | 0 | Carino,George F | 1147.98 | 1147.98 |
| Detectives | PDS | 009725 | 0 | Doherty,Catherine H | 703.28 | 703.28 |
| Detectives | PDB | 009730 | 0 | Feeney,Michael F. | 403.49 | 403.49 |
| Detectives | PDS | 009732 | 0 | Fitzgerald,Paul A | 2015.99 | 2015.99 |
| Detectives | PDS | 009736 | 0 | Garvey,Andrew G | 1313.00 | 1313.00 |
| Detectives | PDS | 009748 | 0 | Greeley,Darrin Patrick | 2884.89 | 2884.89 |
| Detectives | PDB | 009749 | 0 | Martin-Gows,Sandra A | 0.00 | 0.00 |
| Detectives | PDB | 009750 | 0 | Herron,Tod | 432.92 | 432.92 |
| Detectives | PDS | 009752 | 0 | Hoffman,Lawrence J. | 1629.46 | 1629.46 |
| Detectives | PDB | 009760 | 0 | Joseph,Martin M | 90.94 | 90.94 |
| Detectives | PDS | 009764 | 0 | Linskey,Daniel P | 2535.94 | 2535.94 |
| Detectives | PDB | 009767 | 0 | McCabe,John R | 36.68 | 36.68 |
| Detectives | PDB | 009804 | 0 | Teixeira,John A. | 717.90 | 717.90 |
| Detectives | PDB | 009806 | 0 | Torres,Juan J | 595.13 | 595.13 |
| Detectives | PDB | 009953 | 0 | Barros,Manuel | 477.87 | 477.87 |
| Detectives | PDS | 009954 | 0 | Hill,Margot H | 485.25 | 485.25 |
| Detectives | PDB | 009963 | 0 | Cotter,Winifred | 741.42 | 741.42 |
| Detectives | PDS | 009965 | 0 | Cruz,Luis A | 3191.72 | 3191.72 |
| Detectives | PDB | 009987 | 0 | Morgan,Steven J | 26.55 | 26.55 |
| Detectives | PDB | 010001 | 0 | Simpson,James | 65.02 | 65.02 |

| Unit | Dept | ID | | Name | Amount | Total |
|---|---|---|---|---|---:|---:|
| Detectives | PDS | 010002 | 0 | Terestre,Albert M | 2135.84 | 2135.84 |
| Detectives | PDS | 010003 | 0 | Curry,Carmen L | 2557.08 | 2557.08 |
| Detectives | PDB | 010041 | 0 | Antonucci-Sementelli,S | 508.13 | 508.13 |
| Detectives | PDB | 010053 | 0 | Correa,Maritza | 0.00 | 0.00 |
| Detectives | PDB | 010073 | 0 | Mahoney,Paul S | 506.53 | 506.53 |
| Detectives | PDB | 010089 | 0 | Smiddy,Martin G | 783.45 | 783.45 |
| Detectives | PDB | 010090 | 0 | Smith,Sean P | 1255.89 | 1255.89 |
| Detectives | PDB | 010093 | 0 | Twitchell,Robert J | 492.04 | 492.04 |
| Detectives | PDB | 010131 | 0 | Leahy,Thomas | 138.24 | 138.24 |
| Detectives | PDB | 010152 | 0 | Maregni,Mark A | 359.06 | 359.06 |
| Detectives | PDB | 010166 | 0 | Talbot,Michael G. | 1193.46 | 1193.46 |
| Detectives | PDB | 010177 | 0 | Gaughan,Timothy P | 742.74 | 742.74 |
| Detectives | PDB | 010178 | 0 | Creed,Andrew | 371.69 | 371.69 |
| Detectives | PDB | 010186 | 0 | Parlon,William Leo | 955.34 | 955.34 |
| Detectives | PDB | 010238 | 0 | Acloque,Jean Moise | 140.42 | 140.42 |
| Detectives | PDB | 010248 | 0 | Cardoza,George Irving | 335.57 | 335.57 |
| Detectives | PDB | 010256 | 0 | Devane,Michael F. | 1764.35 | 1764.35 |
| Detectives | PDS | 010259 | 0 | Feeney,William J | 1080.69 | 1080.69 |
| Detectives | PDB | 010262 | 0 | Frederick,Roy A. | 646.35 | 646.35 |
| Detectives | PDB | 010266 | 0 | Gonzalez,Eliezer | 591.10 | 591.10 |
| Detectives | PDB | 010269 | 0 | Hall-Brewster,Arthur J. | 148.61 | 148.61 |
| Detectives | PDB | 010277 | 0 | Kinkead,Gloria D | 648.99 | 648.99 |
| Detectives | PDB | 010281 | 0 | MacIsaac,Paul A | 182.08 | 182.08 |
| Detectives | PDB | 010288 | 0 | McLaughlin,Paul C | 1337.96 | 1337.96 |
| Detectives | PDB | 010298 | 0 | Otoole,Terrance V | 756.56 | 756.56 |
| Detectives | PDB | 010303 | 0 | Ruiz,Melvin | 246.43 | 246.43 |
| Detectives | PDS | 010309 | 0 | Walcott,Jeffrey I | 0.00 | 0.00 |
| Detectives | PDB | 010385 | 0 | Benton,Jeremiah | 535.24 | 535.24 |
| Detectives | PDB | 010386 | 0 | Berry-O'Toole,Allison | 556.83 | 556.83 |
| Detectives | PDB | 010387 | 0 | Black,Brian C | 2032.93 | 2032.93 |
| Detectives | PDS | 010394 | 0 | Cox,Michael A | 23.53 | 23.53 |
| Detectives | PDB | 010396 | 0 | Donlon,Paul L | 626.23 | 626.23 |
| Detectives | PDS | 010398 | 0 | Duggan,Timothy P | 476.62 | 476.62 |
| Detectives | PDB | 010401 | 0 | Famolare,Thomas J | 466.07 | 466.07 |
| Detectives | PDS | 010415 | 0 | Johnson,Rick E | 1706.32 | 1706.32 |
| Detectives | PDB | 010420 | 0 | Kenney,Robert J | 2264.67 | 2264.67 |
| Detectives | PDB | 010435 | 0 | Nolan,James Peter | 723.30 | 723.30 |
| Detectives | PDB | 010445 | 0 | Ridge,Robert J | 206.51 | 206.51 |
| Detectives | PDB | 010452 | 0 | Whitman,Steven M | 1439.92 | 1439.92 |
| Detectives | PDB | 010501 | 0 | Assad,Mark L | 25.76 | 25.76 |
| Detectives | PDS | 010511 | 0 | Bulman,Eric W | 910.84 | 910.84 |
| Detectives | PDB | 010515 | 0 | Callahan,John F | 1852.83 | 1852.83 |
| Detectives | PDB | 010518 | 0 | Cheevers,Joseph E | 531.41 | 531.41 |
| Detectives | PDB | 010528 | 0 | Dentremont,Thomas M | 1297.39 | 1297.39 |
| Detectives | PDB | 010529 | 0 | Duff,Daniel P | 1225.82 | 1225.82 |
| Detectives | PDB | 010536 | 0 | Gallant,Joseph P | 189.08 | 189.08 |
| Detectives | PDB | 010537 | 0 | Gallarelli,Joseph A | 718.13 | 718.13 |
| Detectives | PDB | 010538 | 0 | Gill,Brian T. | 776.88 | 776.88 |
| Detectives | PDB | 010539 | 0 | Guy,Kevin M. | 424.74 | 424.74 |
| Detectives | PDB | 010549 | 0 | Kane,Martin J | 150.43 | 150.43 |
| Detectives | PDB | 010552 | 0 | Kelleher,John F | 59.96 | 59.96 |
| Detectives | PDB | 010560 | 0 | MacDonald,Daniel F | 435.93 | 435.93 |

| Unit | Dept | ID | | Name | Amount | Total |
|---|---|---|---|---|---:|---:|
| Detectives | PDB | 010563 | 0 | McBrien,John F | 1473.48 | 1473.48 |
| Detectives | PDB | 010565 | 0 | McCrevan,Bernard D. | 656.35 | 656.35 |
| Detectives | PDB | 010569 | 0 | Mitchell,Garrett G | 29.34 | 29.34 |
| Detectives | PDB | 010571 | 0 | Munroe,David H | 882.53 | 882.53 |
| Detectives | PDB | 010600 | 0 | Waters,Brian S | 87.97 | 87.97 |
| Detectives | PDB | 010606 | 0 | Witherspoon,Kevin | 0.00 | 0.00 |
| Detectives | PDB | 010708 | 0 | Creaven,Jacqueline D | 976.44 | 976.44 |
| Detectives | PDB | 010739 | 0 | Teahan,Thomas J | 812.80 | 812.80 |
| Detectives | PDB | 010743 | 0 | Webb,Keith A | 166.71 | 166.71 |
| Detectives | PDB | 010748 | 0 | Wright,Marvin M | 1467.77 | 1467.77 |
| Detectives | PDB | 010750 | 0 | Zingg,Robert M | 764.08 | 764.08 |
| Detectives | PDB | 011068 | 0 | Facey,Delores E | 11.87 | 11.87 |
| Detectives | PDB | 011301 | 0 | Scales,Lateisha R | 113.02 | 113.02 |
| Detectives | PDB | 011339 | 0 | McEachern,Brian J | 410.87 | 410.87 |
| Detectives | PDB | 011456 | 0 | Schroeder,Erin T | 255.65 | 255.65 |
| Detectives | PDB | 011466 | 0 | Tisdale,Benjamin F | 921.34 | 921.34 |
| Detectives | PDB | 011596 | 0 | Daly,Charles R | 1154.86 | 1154.86 |
| Detectives | PDB | 011621 | 0 | Kjersgard,Robert | 1266.38 | 1266.38 |
| Detectives | PDB | 011708 | 0 | Krause,Eric G | 992.73 | 992.73 |
| Detectives | PDB | 011740 | 0 | Sullivan,Carla | 555.31 | 555.31 |
| | | | | | 334133.11 | 334133.11 |

| ID | Name | FPS | DMG |
|---|---|---|---|
| 008220 | Keeler,Daniel M | 871.74 | 871.74 |
| 008858 | Harris,Dennis P | 779.13 | 779.13 |
| 001451 | Doyle,James M | 540.55 | 540.55 |
| 001481 | Albano,Robert J | 533.16 | 533.16 |
| 007903 | Dominguez,Eduardo | 525.73 | 525.73 |
| 006915 | Martel,John A | 485.85 | 485.85 |
| 006535 | MAHONEY,WILLIAM D | 446.84 | 446.84 |
| 008849 | French,Gary S | 425.72 | 425.72 |
| 009752 | HOFFMAN,LAWRENCE J | 421.37 | 421.37 |
| 008462 | Dunn,William P | 418.45 | 418.45 |
| 008875 | Moy,Homer | 386.57 | 386.57 |
| 006664 | McCarthy,John H | 311.23 | 311.23 |
| 006659 | Maffeo,Robert V | 309.50 | 309.50 |
| 010166 | TALBOT,MICHAEL G | 304.68 | 304.68 |
| 006831 | Gross,Aaron | 301.55 | 301.55 |
| 006306 | SPELLMAN,HERBERT L | 258.25 | 258.25 |
| 008868 | Lee,Waiman | 257.37 | 257.37 |
| 006550 | MCDONOUGH,PATRICK | 252.32 | 252.32 |
| 008677 | Maloof,John G | 245.97 | 245.97 |
| 006332 | DOWNEY,DANIEL | 233.57 | 233.57 |
| 007443 | Halstead,Randall J | 213.37 | 213.37 |
| 008489 | WYSE,JAMES J | 212.89 | 212.89 |
| 009953 | Barros,Manuel | 211.69 | 211.69 |
| 008361 | McGill,Kevin J | 209.66 | 209.66 |
| 006885 | Atwood,Richard F | 195.53 | 195.53 |
| 006431 | Sullivan,Robert T | 192.15 | 192.15 |
| 008464 | Flynn,Robert C | 191.46 | 191.46 |
| 006933 | Wade,Eugene V | 186.96 | 186.96 |
| 008943 | COLEMAN,DANIEL J | 174.39 | 174.39 |
| 008837 | Daley,John J | 174.22 | 174.22 |
| 008949 | DONOVAN,PAUL R | 169.60 | 169.60 |
| 009303 | Strother,Karl T | 169.19 | 169.19 |
| 006724 | WALSH,JOHN G | 164.38 | 164.38 |
| 006420 | Sirignano,Joseph G | 163.98 | 163.98 |
| 008718 | Handrahan,Mark R | 159.56 | 159.56 |
| 009706 | Bowen,Jerome F | 154.08 | 154.08 |
| 010303 | Ruiz,Melvin | 152.63 | 152.63 |
| 008715 | Bryan,Evelyn L | 152.02 | 152.02 |
| 007474 | THOMAS,JR,MILLER | 150.85 | 150.85 |
| 010452 | Whitman,Steven M | 147.77 | 147.77 |
| 009748 | GREELEY,DARRIN P | 147.12 | 147.12 |
| 006902 | Fong,James M | 145.21 | 145.21 |
| 008869 | LEONG,BENJAMIN F | 137.03 | 137.03 |
| 008614 | NEE,KELLY A | 129.70 | 129.70 |
| 001223 | ROBERTSON,WILLIAM | 125.75 | 125.75 |
| 009764 | LINSKEY,DANIEL P | 125.50 | 125.50 |
| 007432 | Chin,Richard M | 121.24 | 121.24 |
| 008714 | Downs,Steven G | 121.18 | 121.18 |
| 006918 | Morrissey,Thomas M | 115.33 | 115.33 |
| 008476 | MULLEN,KEVIN J | 114.73 | 114.73 |
| 009705 | Blocker,Aaron T | 114.64 | 114.64 |

| ID | Name | Amount | Amount |
|---|---|---|---|
| 006665 | McCarthy,Richard E | 113.80 | 113.80 |
| 008488 | WIGHTMAN,JR,DONALD | 111.58 | 111.58 |
| 007366 | Tully,Robert M | 110.92 | 110.92 |
| 009571 | Doogan,William E | 110.23 | 110.23 |
| 008776 | SCHROEDER,PAUL G | 105.40 | 105.40 |
| 006925 | Scott,John | 105.03 | 105.03 |
| 006650 | KELLY,GEORGE | 104.76 | 104.76 |
| 009750 | Herron,Tod | 102.78 | 102.78 |
| 009355 | Garcia,Breydamar | 102.71 | 102.71 |
| 008839 | DERBY,JOHN M | 100.94 | 100.94 |
| 009965 | CRUZ,LUIS A | 98.23 | 98.23 |
| 008016 | Lynch,Timothy E | 94.91 | 94.91 |
| 008742 | Wyzard,Lloyd H | 94.42 | 94.42 |
| 006894 | DEVANEY,JOHN C | 93.35 | 93.35 |
| 010262 | FREDERICK,ROY A | 92.15 | 92.15 |
| 007044 | BUCKLEY,KEVIN J | 84.90 | 84.90 |
| 008216 | Irby,Gus | 81.17 | 81.17 |
| 007434 | Coleman,Mark V | 80.47 | 80.47 |
| 008204 | Britt,Joseph C | 78.41 | 78.41 |
| 010528 | DENTREMONT,THOMAS | 76.54 | 76.54 |
| 010401 | Famolare,Thomas J | 75.27 | 75.27 |
| 009014 | Freeman,James J. | 73.93 | 73.93 |
| 006675 | Modica,Mario | 73.75 | 73.75 |
| 008455 | Brown,Robert C | 73.42 | 73.42 |
| 006560 | Greene,John J | 72.25 | 72.25 |
| 010256 | DEVANE,MICHAEL F | 71.61 | 71.61 |
| 009033 | O'Brien,Stephen T | 68.49 | 68.49 |
| 001387 | Hurley,Eugene J | 68.47 | 68.47 |
| 008838 | DALEY,RICHARD G | 68.39 | 68.39 |
| 008356 | MEADE,STEPHEN M | 65.38 | 65.38 |
| 010398 | DUGGAN,TIMOTHY P | 64.28 | 64.28 |
| 001144 | Walsh,Paul E | 64.26 | 64.26 |
| 006497 | Pierce,John | 61.59 | 61.59 |
| 008452 | Baker,William F | 60.29 | 60.29 |
| 009276 | CONNOLLY,JR.,THOMA | 59.89 | 59.89 |
| 009600 | Pieroway,Robert J | 59.52 | 59.52 |
| 008952 | Fleming,Mark J | 57.56 | 57.56 |
| 008219 | Johnson,Charles M | 57.09 | 57.09 |
| 006534 | Honen,John F | 56.05 | 56.05 |
| 010529 | Duff,Daniel P | 56.04 | 56.04 |
| 006688 | Pacino Jr,Lawrence F | 55.77 | 55.77 |
| 006565 | Arnstein,John H | 55.05 | 55.05 |
| 010387 | Black,Brian C | 53.66 | 53.66 |
| 010238 | ACLOQUE,JEAN M | 51.53 | 51.53 |
| 010748 | Wright,Marvin M | 50.07 | 50.07 |
| 010041 | ANTONUCCI,SUSAN | 49.70 | 49.70 |
| 006353 | Brady,Stephen A | 48.41 | 48.41 |
| 007477 | Tracy,William E | 45.78 | 45.78 |
| 008262 | Gambon,Andrew J | 45.17 | 45.17 |
| 006635 | GRAFTON,JR,RICHARD | 44.42 | 44.42 |
| 008308 | Hamm,John A | 41.21 | 41.21 |
| 006278 | Gleason,Thomas J | 38.26 | 38.26 |

| | | | |
|---|---|---|---|
| 008639 | WAGGETT,KEVIN E | 37.66 | 37.66 |
| 009359 | GRICE,ELTON M | 37.22 | 37.22 |
| 007989 | Avery,Terrace L | 35.88 | 35.88 |
| 008306 | Grant,Russell J | 31.44 | 31.44 |
| 009593 | Morris,Peter B | 30.83 | 30.83 |
| 009804 | TEIXEIRA,JOHN A | 30.52 | 30.52 |
| 006681 | Oconnell,Arthur | 29.45 | 29.45 |
| 001291 | Ohara,James M | 28.99 | 28.99 |
| 009304 | THOMAS,ISAAC L | 28.59 | 28.59 |
| 009011 | ELLISON,LARRY E | 28.13 | 28.13 |
| 008821 | Blair,Steven F | 27.71 | 27.71 |
| 009767 | McCabe,John R | 27.71 | 27.71 |
| 006422 | Geary,Joseph C | 26.76 | 26.76 |
| 006737 | Carr,James P | 26.62 | 26.62 |
| 010089 | Smiddy,Martin G | 26.45 | 26.45 |
| 009292 | JOSEY,WINDELL C | 24.01 | 24.01 |
| 006916 | Howard,Laura D | 23.21 | 23.21 |
| 007470 | RIVA,MARY A | 23.02 | 23.02 |
| 010515 | Callahan,John F | 22.95 | 22.95 |
| 008234 | Sparks,Michael K | 21.66 | 21.66 |
| 010186 | PARLON,WILLIAM L | 19.67 | 19.67 |
| 007330 | Farrell,James J | 19.16 | 19.16 |
| 006697 | Quinlan,John J | 17.82 | 17.82 |
| 006286 | Mugnano,Joseph | 16.87 | 16.87 |
| 006615 | FAMOLARE,RICHARD | 16.72 | 16.72 |
| 006662 | Martin,Paul E | 15.38 | 15.38 |
| 006693 | Pishkin,Joseph F | 14.31 | 14.31 |
| 007990 | Baird,Robert W | 13.85 | 13.85 |
| 006110 | Jones,Bradford H | 11.69 | 11.69 |
| 010420 | Kenney,Robert J | 11.33 | 11.33 |
| 010385 | Benton,Jeremiah | 9.42 | 9.42 |
| 009725 | DOHERTY,CATHERINE | 8.76 | 8.76 |
| 008713 | Dorch,Kenneth C | 8.54 | 8.54 |
| 010538 | GILL,BRIAN T | 7.98 | 7.98 |
| 008021 | NOVO,JR,MIGUEL A | 5.39 | 5.39 |
| 006898 | DURDEN,GRADY | 2.18 | 2.18 |
| 007459 | MORRIS,ROBERT P | 0.00 | 0.00 |
| 009404 | PAYNE-CALLENDER,G. | 0.00 | 0.00 |
| 006620 | Fiandaca,Joseph F | 0.00 | 0.00 |
| 008365 | PAROLIN,MAUREEN E | 0.00 | 0.00 |
| 008834 | Cox,Edward E | 0.00 | 0.00 |
| 009383 | ROCK,WAYNE R | 0.00 | 0.00 |
| 009566 | Dahlbeck,Joseph W | 0.00 | 0.00 |
| 009034 | O'MALLEY,JOHN R | 0.00 | 0.00 |
| 001083 | Hogan,Thomas | 0.00 | 0.00 |
| 010288 | McLaughlin,Paul C | 0.00 | 0.00 |
| 009806 | Torres,Juan J | 0.00 | 0.00 |
| 008222 | Lally,Joseph P | 0.00 | 0.00 |
| 008468 | Joyce,John M Michael | 0.00 | 0.00 |
| 008857 | HARRINGTON,ROBERT | 0.00 | 0.00 |
| 006761 | HARTFORD,WILLIAM G | 0.00 | 0.00 |
| 008720 | HILL,JR,NORMAN J | 0.00 | 0.00 |

| ID | Name | Value 1 | Value 2 |
|---|---|---|---|
| 009012 | FITZPATRICK,JAMES | 0.00 | 0.00 |
| 009954 | HILL,MARGOT H | 0.00 | 0.00 |
| 006858 | FLYNN,BRIAN E | 0.00 | 0.00 |
| 006217 | Martin,Joseph | 0.00 | 0.00 |
| 010537 | GALLARELLI,JOSEPH | 0.00 | 0.00 |
| 010539 | GUY,KEVIN M | 0.00 | 0.00 |
| 006351 | Doyle,Edward F | 0.00 | 0.00 |
| 007448 | Hussey,William F | 0.00 | 0.00 |
| 008478 | Oneill,Daniel J | 0.00 | 0.00 |
| 009037 | TIERNEY,MATTHEW M | 0.00 | 0.00 |
| 009572 | Doris,Kathleen P | 0.00 | 0.00 |
| 010309 | Walcott,Jeffrey I | 0.00 | 0.00 |
| 001245 | FEUDO,ANTHONY V | 0.00 | 0.00 |
| 001287 | Devoe,Richard P | 0.00 | 0.00 |
| 006060 | GILLIS,SR.,WILLIAM | 0.00 | 0.00 |
| 006170 | Creavin,Thomas F | 0.00 | 0.00 |
| 006259 | INGERSOLL,WILLIAM | 0.00 | 0.00 |
| 006546 | MILLER,JR,THOMAS H | 0.00 | 0.00 |
| 006705 | ROSS,RICHARD F | 0.00 | 0.00 |
| 006811 | Salley,Barbara A | 0.00 | 0.00 |
| 007456 | HANDY,SUSAN F | 0.00 | 0.00 |
| 008033 | James,Suzanne E | 0.00 | 0.00 |
| 008191 | TORIGIAN,ARTHUR G | 0.00 | 0.00 |
| 008292 | Braxton,Eric R | 0.00 | 0.00 |
| 008897 | Sweeney,Kevin W | 0.00 | 0.00 |
| 008902 | Wong,Sharon | 0.00 | 0.00 |
| 009568 | Difazio,Vincent J | 0.00 | 0.00 |
| 009760 | Joseph,Martin M | 0.00 | 0.00 |
| 010073 | Mahoney,Paul S | 0.00 | 0.00 |
| 010298 | Otoole,Terrance V | 0.00 | 0.00 |
| 010739 | Teahan,Thomas J | 0.00 | 0.00 |
| 010743 | Webb,Keith A | 0.00 | 0.00 |
| 006652 | Lamb,Kenneth | 0.00 | 0.00 |
| 007353 | Moy,James | 0.00 | 0.00 |
| 007994 | CAINES,JR,RICHARD | 0.00 | 0.00 |
| 008181 | Kennedy,Joseph M | 0.00 | 0.00 |
| 008295 | Cato,Paul C | 0.00 | 0.00 |
| 008326 | Flaquer,Carmen N | 0.00 | 0.00 |
| 008872 | MAGEE,JOSEPH F | 0.00 | 0.00 |
| 008989 | HOLMES,LISA R | 0.00 | 0.00 |
| 009363 | Izzard-Stinson,Bernadette | 0.00 | 0.00 |
| 010152 | Maregni,Mark A | 0.00 | 0.00 |
| 007326 | DONOVAN,JOHN J JR | 0.00 | 0.00 |
| 006489 | POGGI,JOSEPH A | 0.00 | 0.00 |
| 006843 | Traylor,Thomas L | 0.00 | 0.00 |
| 006907 | McCowan,Mildred V | 0.00 | 0.00 |
| 007061 | AQUINO-GAINES,GLAD | 0.00 | 0.00 |
| 007424 | BARNICLE,PAUL T | 0.00 | 0.00 |
| 008020 | Murphy,Joseph A | 0.00 | 0.00 |
| 008484 | SCARINGELLO,JOSEPH | 0.00 | 0.00 |
| 008740 | VICKERS,MARK W | 0.00 | 0.00 |
| 008874 | McInness,Mary A | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 008953 | Fratalia,Robert A | 0.00 | 0.00 |
| 008968 | GAVIN,DONNA M | 0.00 | 0.00 |
| 001408 | VANDERWOOD,EILEEN | 0.00 | 0.00 |
| 008236 | Thornton,Ellis E | 0.00 | 0.00 |
| 008656 | GADDY,KIM L | 0.00 | 0.00 |
| 008784 | Lembo,Thomas E | 0.00 | 0.00 |
| 008971 | Perkins,Earl O | 0.00 | 0.00 |
| 009361 | HAYES,MARK P | 0.00 | 0.00 |
| 010177 | Gaughan,Timothy P | 0.00 | 0.00 |
| 010178 | Creed,Andrew | 0.00 | 0.00 |
| 010445 | Ridge,Robert J | 0.00 | 0.00 |
| 010750 | Zingg,Robert M | 0.00 | 0.00 |
| 008237 | TINKER,ROBERT E | 0.00 | 0.00 |
| 006035 | PUGSLEY,RICHARD W | 0.00 | 0.00 |
| 006062 | MURPHY,JR,STEPHEN | 0.00 | 0.00 |
| 006145 | SIMMONS,EDWARD D | 0.00 | 0.00 |
| 006165 | WALSH,DAVID I | 0.00 | 0.00 |
| 006171 | Carroll,John J | 0.00 | 0.00 |
| 006241 | DELTUFO,HARRY J | 0.00 | 0.00 |
| 006257 | LYDSTONE,III,JOHN | 0.00 | 0.00 |
| 006290 | DUGGAN,WALTER M | 0.00 | 0.00 |
| 006291 | FLAHERTY,MAURICE C | 0.00 | 0.00 |
| 006296 | Montgomery,Tommy L | 0.00 | 0.00 |
| 006320 | Ahearn,Robert F | 0.00 | 0.00 |
| 006328 | DeGregorio,George F | 0.00 | 0.00 |
| 006333 | Fleming,Charles J | 0.00 | 0.00 |
| 006370 | Langston,Jerry H | 0.00 | 0.00 |
| 006386 | VANDERWOOD,GERALD | 0.00 | 0.00 |
| 006412 | CORBOY,PAUL J | 0.00 | 0.00 |
| 006430 | MULLANE,WILLIAM H | 0.00 | 0.00 |
| 006432 | Shea,John J | 0.00 | 0.00 |
| 006506 | Jackman,Raymond T | 0.00 | 0.00 |
| 006518 | Berg,Edward J | 0.00 | 0.00 |
| 006536 | Carter,William | 0.00 | 0.00 |
| 006564 | AHEARN,MELBERT J | 0.00 | 0.00 |
| 006600 | Demille,William J | 0.00 | 0.00 |
| 006636 | Graves,Bernard A | 0.00 | 0.00 |
| 006670 | MCNELLEY,EDWARD J | 0.00 | 0.00 |
| 006720 | Szalno,Edward W | 0.00 | 0.00 |
| 006725 | Walsh,Richard W | 0.00 | 0.00 |
| 006727 | Wells,Joseph F | 0.00 | 0.00 |
| 006733 | ALDRICH,DAVID | 0.00 | 0.00 |
| 006766 | Kelly,Edward J | 0.00 | 0.00 |
| 006769 | Lawless,Mark D | 0.00 | 0.00 |
| 006772 | MANFRA,JEREMIAH J | 0.00 | 0.00 |
| 006799 | LEVITAN,PATRICIA G | 0.00 | 0.00 |
| 006803 | CROWLEY,MARY L | 0.00 | 0.00 |
| 006822 | Cesar,Joaquim A | 0.00 | 0.00 |
| 006828 | GALVIN,JR,MICHAEL | 0.00 | 0.00 |
| 006837 | Nee,Martin J | 0.00 | 0.00 |
| 006838 | NUGENT,JAMES | 0.00 | 0.00 |
| 006848 | Kelleher,John | 0.00 | 0.00 |

| ID | Name | Amount 1 | Amount 2 |
|---|---|---|---|
| 006855 | CROSSEN,PAUL J | 0.00 | 0.00 |
| 006869 | MCCARTHY,WM P | 0.00 | 0.00 |
| 006900 | Foley,George P | 0.00 | 0.00 |
| 006921 | Rice,O Marie | 0.00 | 0.00 |
| 007313 | ATTERBERRY,JEANETT | 0.00 | 0.00 |
| 007341 | KEEFE,RACHEL L | 0.00 | 0.00 |
| 007345 | Lee,Theodore C | 0.00 | 0.00 |
| 007358 | PEREZ,MARISELA | 0.00 | 0.00 |
| 007420 | AVERILL,KEVIN G | 0.00 | 0.00 |
| 007438 | DICKINSON,WILLIAM | 0.00 | 0.00 |
| 007460 | Eagar,Patricia | 0.00 | 0.00 |
| 007464 | ORR,ROBERT L | 0.00 | 0.00 |
| 007478 | Waggett,Fred M | 0.00 | 0.00 |
| 007906 | HARRIS,JR,JOSEPH E | 0.00 | 0.00 |
| 007907 | HENSHAW,LORRAINE V | 0.00 | 0.00 |
| 007908 | Holloway,Bruce A | 0.00 | 0.00 |
| 007998 | CLANCY,RICHARD F | 0.00 | 0.00 |
| 008023 | Precia,Carmel E | 0.00 | 0.00 |
| 008027 | TABB,III,ROBERTIII | 0.00 | 0.00 |
| 008182 | WALSH,MARIA T | 0.00 | 0.00 |
| 008209 | Dambreville,Yves | 0.00 | 0.00 |
| 008225 | MORENO,CHRISTOPHER | 0.00 | 0.00 |
| 008264 | LEE,THOMAS F | 0.00 | 0.00 |
| 008271 | Whalen,Richard L | 0.00 | 0.00 |
| 008291 | BOWES,JR,ROBERT J | 0.00 | 0.00 |
| 008334 | RODRIGUEZ,MARTA E | 0.00 | 0.00 |
| 008352 | Turner,Keith A | 0.00 | 0.00 |
| 008357 | GOSSELIN,DONALD S | 0.00 | 0.00 |
| 008471 | McHale,Gerard P | 0.00 | 0.00 |
| 008617 | SHEESLEY,MONICA L | 0.00 | 0.00 |
| 008638 | Ronan,Leo J. | 0.00 | 0.00 |
| 008653 | POMODORO,FRANK A | 0.00 | 0.00 |
| 008697 | MacCallum,Jeffrey S | 0.00 | 0.00 |
| 008707 | Ayala Leong,Norma I | 0.00 | 0.00 |
| 008719 | Henshaw,Richard E | 0.00 | 0.00 |
| 008726 | Kee,William L | 0.00 | 0.00 |
| 008944 | Cooper,D. Mark | 0.00 | 0.00 |
| 008977 | Trodella,Joseph C | 0.00 | 0.00 |
| 009015 | GALLAGHER,GREGORY | 0.00 | 0.00 |
| 009031 | McManus,Stephen C. | 0.00 | 0.00 |
| 009038 | Walker,Richard A. | 0.00 | 0.00 |
| 009295 | MCMILLAN,RAIFORD D | 0.00 | 0.00 |
| 009301 | SANFILIPPO,GERLAND | 0.00 | 0.00 |
| 009342 | Brooks,Martin J. | 0.00 | 0.00 |
| 009373 | MCDONOUGH,JOHN M | 0.00 | 0.00 |
| 009378 | O'LEARY,THOMAS J | 0.00 | 0.00 |
| 009564 | Coffey,Paul J | 0.00 | 0.00 |
| 009609 | ROGERS,ROBERT M | 0.00 | 0.00 |
| 009712 | Camper,Tyrone A | 0.00 | 0.00 |
| 009714 | Carino,George F | 0.00 | 0.00 |
| 009732 | FITZGERALD,PAUL A | 0.00 | 0.00 |
| 009749 | MARTIN-GOWS,SANDRA | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| 009963 | Cotter,Winifred | 0.00 | 0.00 |
| 009987 | Morgan,Steven J | 0.00 | 0.00 |
| 010002 | TERESTRE,ALBERT M | 0.00 | 0.00 |
| 010003 | CURRY,CARMEN L | 0.00 | 0.00 |
| 010053 | Correa,Maritza | 0.00 | 0.00 |
| 010090 | Smith,Sean P | 0.00 | 0.00 |
| 010093 | Twitchell,Robert J | 0.00 | 0.00 |
| 010248 | Cardoza,George Irving | 0.00 | 0.00 |
| 010266 | Gonzalez,Eliezer | 0.00 | 0.00 |
| 010269 | Hall-Brewster,Arthur J. | 0.00 | 0.00 |
| 010277 | Kinkead,Gloria D | 0.00 | 0.00 |
| 010386 | BERRY-O'TOOLE,ALLI | 0.00 | 0.00 |
| 010394 | COX,MICHAEL A | 0.00 | 0.00 |
| 010396 | DONLON,JR,PAUL L | 0.00 | 0.00 |
| 010435 | Nolan,James Peter | 0.00 | 0.00 |
| 010501 | Assad,Mark L | 0.00 | 0.00 |
| 010518 | Cheevers,Joseph E | 0.00 | 0.00 |
| 010536 | Gallant,Joseph P | 0.00 | 0.00 |
| 010549 | Kane,Martin J | 0.00 | 0.00 |
| 010552 | Kelleher,John F | 0.00 | 0.00 |
| 010560 | MacDonald,Daniel F | 0.00 | 0.00 |
| 010563 | McBrien,John F | 0.00 | 0.00 |
| 010565 | MCCREVAN,BERNARD D | 0.00 | 0.00 |
| 010571 | Munroe,David H | 0.00 | 0.00 |
| 010708 | CREAVEN,JACQUELINE | 0.00 | 0.00 |
| 011068 | Facey,Delores E | 0.00 | 0.00 |
| 011301 | Scales,Lateisha R | 0.00 | 0.00 |
| 011339 | McEachern,Brian J | 0.00 | 0.00 |
| 011466 | Tisdale,Benjamin F | 0.00 | 0.00 |
| 011596 | Daly,Charles R | 0.00 | 0.00 |
| 011621 | Kjersgard,Robert | 0.00 | 0.00 |
| 011708 | Krause,Eric G | 0.00 | 0.00 |
| 011740 | Sullivan,Carla | 0.00 | 0.00 |
| | | 17,850.45 | 17,850.45 |