UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS P. HARRIS, et al., )  C.A. No. 2002-10123-RBC
        Plaintiffs )
-and- )
 )
CITY OF BOSTON, )
        Defendant )

## STIPULATION

The parties have agreed that Plaintiffs' reasonable attorneys' fee pursuant to 29 U.S.C. §216(b) is fifty-two thousand, one hundred seventy-five dollars ($52,175.00) and that their costs are two thousand, seven hundred twenty-four dollars and seventy-five cents ($2,724.75).

John C. Foskett, Esq.
BBO No. 175540
Deutch, Williams, Brooks,
    DeRensis & Holland, P.C.
99 Summer Street
Boston, MA 02110

John F. McMahon, Esq.
BBO No. 338360
Angoff, Goldman, Manning,
    Wanger & Hynes, P.C.
45 Bromfield Street
Boston, MA 02108